JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUCHAO LIU, | Case No EDCV 23-01764-SPG-PVC |
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL** |
| UR M. JADDOU, ET AL, | |
| Defendants. | |

THE COURT having ordered the Plaintiff to show cause in writing, not later than January 31, 2024, why this action should not be dismissed for lack of prosecution and Plaintiff having failed to respond,

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Federal Rule of Civil Procedures.

Date: March 4, 2024

Hon. Sherilyn Peace Garnett
U.S. District Judge